UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 23-cv-04724-TLT |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | Re: Dkt. No. 63 |
| NDB, INC., et al., | |
| Defendants. | |

Defendants NDB, Inc. and Nima Golsharfi were proceeding *pro se* after the Court granted motion to withdraw as attorney. ECF 62. A case management statement was due on February 6, 2025 ahead of the further case management scheduled for February 13, 2025. While the SEC filed a case management statement, Defendants have yet to file any statement. *See* ECF 63. SEC indicates that Defendants hired Taher Kameli of Kameli Law on February 2, 2025. *Id.* at 2. Since being hired, Defendants' counsel has yet to file notice of appearance and a case management statement.

Defendants' counsel is ordered to show cause for failure to timely file notice of appearance and case management statement. Defendants' counsel is **ORDERED** to file notice of appearance and case management statement by Monday, February 10, 2025.

**IT IS SO ORDERED.**

Dated: February 7, 2025

TRINA L. THOMPSON
United States District Judge